ACCEPTED
01-15-00068-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 9:39:41 AM
CHRISTOPHER PRINE
CLERK



**FSSV**

Fee, Smith, Sharp & Vitullo LLP

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  www.feesmith.com

816 Congress Avenue  Suite 1265  Austin, Texas 78701
P 512-479-8401  F 512-479-8402

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/3/2015 9:39:41 AM

CHRISTOPHER A. PRINE
Clerk

*Rebecca E. Bell-Stanton*
*Partner*
*972-980-3262 Direct Dial*

February 3, 2015

***Via E-Filing***
Christopher Prine
Clerk, First Court of Appeals
301 Fannin, 2nd Floor
Houston, Texas 77002

   Re:  Case No. 01-15-00068-CV; In Re Sunbelt Rentals, Inc.
       Our File No.:  SBR.5539

Mr. Prine:

  Please allow this correspondence to advise the Court Relator is in receipt of Real Party in Interest's Supplemental Response to the Mandamus.  The Relator will file a single Reply Brief addressing all issues, including the Supplemental Response, no later than Wednesday, February 4, 2015.

  Thank you for your attention to this matter.

        Very truly yours,

        **FEE, SMITH, SHARP & VITULLO, L.L.P.**

        *Rebecca E. Bell-Stanton*

        Rebecca E. Bell-Stanton

cc:  Scott Hooper (*Via E-Service and Electronic Mail*)
   John H. Kim (*Via E-Service and Electronic Mail*)